# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LEE HARDMAN**                                                **PLAINTIFF**

**VS.**                      **NO. 5:15CV00350 JM**

**DOLLARWAY SCHOOL DISTRICT**
**BOARD OF EDUCATION; PATSY HUGHEY**
**and GENE STEWART**                                        **DEFENDANTS**

## ORDER

Pending is the Plaintiff's motion to dismiss. (Docket #9). For good cause shown, the motion is granted. This case is hereby dismissed with prejudice.

IT IS SO ORDERED this 16th day of December, 2016.

_____
James M. Moody Jr.
United States District Judge